**KIMBERLY S. MOORE**
STRASBURGER & PRICE, LLP
2801 Network Blvd., Suite 600
Frisco, Texas 75034
469.287.3922
Fax 469-287-3999
e-mail: kim.moore@strasburger.com

| | |
|---|---|
| EDUCATION | Texas Tech University, J.D. (magna cum laude) 1992;<br>    Texas Tech Law Review and Order of the Coif;<br>West Texas State University, B.S. (cum laude) 1989 |
| EMPLOYMENT | Strasburger & Price, LIP<br>Associate 1992 - 1999<br>Partner 1999 - Present |
| ADMISSIONS | Texas, 1992<br>Northern, Eastern, Western, Southern Districts of Texas<br>U.S. Court of Appeals for the Fifth Circuit<br>U.S. Supreme Court |
| ORGANIZATIONS | Dallas Bar Association<br>Collin County Bar Association |
| CERTIFICATION | Board Certified, Labor & Employment Law, Texas Board of Legal Specialization |
| SCOPE OF PRACTICE | Litigation, primarily involving employment claims, noncompetes, nondisclosure covenants and others business disputes |

PUBLICATIONS AND PRESENTATIONS

- *Retaliation, Whistleblowing and SOX Claims*, ALFA EPLI Seminar, Chicago, Illinois Panel Discussion - May 9-11, 2007
- *Inside the Minds: Labor & Employment Client Strategies, Leading Labor Lawyers on Best Practices for Success*, Spring 2007.
- Presented *Domestic Violence in the Workplace March* 2007, Business Summit, Collin County Community College, Spring Creek Campus.
- *Overview of Office Policy Manual*, Dallas County Dental Society (February 2006).
- *The Bermuda Triangle: Where ADA, FMLA and Workers' Compensation Claims Meet*, Strasburger & Price, LLP Winter 2006 Corporate Counsel Series (February 2006).
- "The Bell Curve: Overseeing an Effective Forced Rankings System," *In House Texas*, September 6, 2004. © Texas Lawyer.

1077809.1/SP/59396/0100/122007

- *Analyze This – Why Most Noncompetes are Not Enforceable in Texas; Analyze That – Why the Novel "Claw-Back" Probably is Enforceable in Texas*, Strasburger & Price, LLP Spring 2003 Corporate Counsel Series (April 2003).
- *Employment Law Update*, Texas Association of School Boards Conference (September 2002).
- *Benefits Considerations of the Non-Traditional Workforce: Leased Employees, Temporaries, Telecommunicators, and Others*, University of Houston Law Foundation Business and Estate Planning Conference (Dallas and Houston, Texas, 2001).
- *Managing a Diverse Workforce* (Panel Member), YWCA Women's Resource Center Networking Series 2000 (March 2000).
- *Privacy Rights in the Public Sector*, Defense Research Institute (2000).
- *Office Policy Manual and Workshop*, Southwest Dental Conference (1999).
- *Update on Employment Law*, Plano Bar Association (1998).
- *Avoiding Title VII Violations*, Council on Education in Management (Austin, Texas 1998).
- *Tax Consequences of Employment Settlements and Judgments*, University of Houston Employment Law Seminar (Dallas and Houston, Texas 1998).
- *Friend or Foe? Arbitration of Employee Disputes*, Client Conference (Dallas, Texas 1998).
- *Avoiding Violations of Employee's Privacy Rights*, Governmental Liability "Unplugged": Recognizing and Avoiding Citizen and Employee Claims (Dallas, Texas 1997).
- *Balancing Workplace Safety with Employee Privacy Rights*, Workplace Violence Seminar (Dallas, Texas 1995).
- *Employee Privacy Issues: Searches, Polygraphs, Drug Testing*, Workplace Violence Seminar (Dallas, Texas 1995).

1077809.1/SP/59396/0100/122007

**DAVID N. KITNER**
901 Main Street, Suit 4300
Dallas, Texas 75202
214-651-4618
FAX 214-651-4330
Email David.Kitner@strasburger.com

RESIDENCE
6322 Northport Drive
Dallas, Texas 75230
214-361-9078

EDUCATION
University of Texas, J.D. with honors, 1973
Texas Law Review; Order of the Coif
Rice University, B.A. 1970

EMPLOYMENT
Strasburger & Price, LLP
Associate 1973 - 1979
Partner 1980 - Present

ADMISSIONS
Texas, 1973
Northern, Eastern, Western, Southern Districts of Texas
U.S. Court of Appeals for the Fifth Circuit
U.S. Supreme Court

ORGANIZATIONS
Defense Research Institute
Dallas Bar Association
State Bar of Texas
Member, District 6A Grievance Committee

HONORS
SMU School of Law, Trial Advocacy Instructor
College of the State Bar of Texas
Life Fellow, Texas Bar Foundation
Fellow, American College of Trial Lawyers

CERTIFICATION
Board Certified, Labor & Employment Law, Texas Board of Legal
Specialization

SCOPE OF PRACTICE
Litigation, including business disputes, professional liability,
insurance coverage/bad faith and employment law. Approximately
80 jury trials in state and federal courts.

CIVIC
Hillcrest High School Athletic Association, Board of Directors
(1998-2001); Suicide & Crisis Prevention Center, Board of
Directors (2001 -   ); Vice President (2003 -   ).